**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

---

**No. 00-10280**
**Summary Calendar**

---

**NETHEL B. JACKSON,**

**Plaintiff-Appellant,**

**VERSUS**

**DALLAS INDEPENDENT SCHOOL DISTRICT; YVONNE GONZALEZ;**
**ROBBIE COLLINS; CURTIS SMITH; ROBERT GORDON; JOHNNY HOLT;**
**PAUL SNELUS; DENNIS EICHELBAUM; GARY LLOYD; WILLIAM COTTON,**

**Defendants-Appellees.**

---

Appeal from the United States District Court
For the Northern District of Texas

(3:98-CV-1079-D)

---

August 23, 2000

Before JOLLY, JONES, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

Nethel B. Jackson ("Jackson") sued her employer, Dallas Independent School District ("DISD"), and various individual officials of DISD seeking recovery for violations of state and federal anti-discrimination and employment laws. The district

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

court entered two previous partial summary judgments.  This appeal is from the final judgment entered after grant of a third motion for summary judgment covering all remaining issues and defendants.

For the reasons stated in its memorandum opinions and orders filed July 2, 1998, February 1, 1999, and February 14, 2000, and a supplemental order filed March 5, 1999, we affirm the Final Judgment of the district court filed February 14, 2000.

**AFFIRMED.**